# CASE ANNOUNCEMENTS

*December 23, 2010*

[Cite as *12/23/2010 Case Announcements*, 2010-Ohio-6313.]

1480

## DISCIPLINARY CASES

**2010–0851. Disciplinary Counsel v. Pullins.**
This cause is pending before the court upon the filing of a final report and recommendation by the Board of Commissioners on Grievances and Discipline. On December 3, 2010, respondent filed a motion for leave to clarify the record and relator filed a memo opposing the motion. Upon consideration thereof,

It is ordered by the court that respondent's motion is denied.

## CASE ANNOUNCEMENTS

*December 27, 2010*

[Cite as *12/27/2010 Case Announcements*, 2010-Ohio-6370.]

## RECONSIDERATION OF PRIOR DECISIONS